IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LONG DENG, | § | |
| | § | No. 200, 2023 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N21J-04630 |
| HK XU DING CO., LIMITED, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: January 10, 2024
Decided:   January 17, 2024

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## **ORDER**

This 17th day of January 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the Opinion dated May 8, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice